# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# OFFICE OF THE CLERK OF COURT

In the Matter of:

**Omar W. Rosales**            Cause Number: 6:22mc013
[TX Bar #24053450]

## RECIPROCAL ATTORNEY DISCIPLINARY NOTICE AND ORDER

On March 16, 2022, the United States Court of Appeals for the Fifth Circuit entered an order removing Omar W. Rosales from the roll of attorneys admitted to practice in the United States Court of Appeals for the Fifth Circuit. Within twenty-one (21) days of service of the notice and order upon the attorney, the attorney may file a motion for modification or revocation of the order, pursuant to Local Rule AT-2(b)(2)(B). Unless the court receives, prior to that date, a response from Omar W. Rosales, IT IS ORDERED that Omar W. Rosales' name shall be removed from the roll of attorneys admitted to practice in this court effective thirty (30) days from the date of this notice and order pursuant to Local Rule AT-2(b)(2)(A).

**Signed this 11th day of July 2022.**

DAVID A. O'TOOLE, Clerk of Court

By: _____
Belinda Saenz, Deputy Clerk