

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK

David A. O'Toole  
District Clerk

211 West Ferguson  
Tyler, TX 75702

July 11, 2022

Via: CERTIFIED MAIL,  
RETURN RECEIPT REQUESTED

Omar W. Rosales [TX Bar #24053450]  
14846 Valencia Cir S  
Harlingen, TX 78552

Re:  In the Matter of: Omar W. Rosales, Cause Number: 6:22mc013

Dear Counsel,

Enclosed is a copy of a Reciprocal Attorney Disciplinary Notice and Order entered this date removing you from the roll of attorneys admitted to practice in this Court.

In accordance with Local Rule AT-2(b)(2)(B), the attorney may file a motion for modification or revocation of the order within twenty-one days of service of this notice.  If no motion is filed within the allotted twenty-one days, the Reciprocal Attorney Disciplinary Notice and Order will be in effect in accordance with Local Rule AT-2(A).

Very truly yours,

David A. O'Toole, Clerk

By: _____  
Belinda Saenz, Deputy Clerk

Enclosure.

Cc: Clerk, Fifth Circuit Court of Appeals  
     American Bar Association Data Bank  
     State Bar of Texas  
     United States Bankruptcy Court