# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7799  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 6, 2022

Recipients Listed Below

Dear Madam/Sir:

Enclosed is a copy of a self-explanatory certified order entered by this Court against attorney:

Omar W. Rosales [TX Bar #24053450]  
14846 Valencia Cir S  
Harlingen, TX 78552

Mr. Rosales did not respond to the order which became final on April 20, 2022.

Very truly yours,

LYLE W. CAYCE, Clerk

By /s/ Melissa Shanklin  
Melissa Shanklin Deputy Clerk

Enclosure

Hon. Nathan L. Hecht (c/o Clerk of Court, SCTX)  
Hon. Lee H. Rosenthal, Chief Judge STX (c/o STX Clerk)  
All District Court Clerks of the Fifth Circuit  
Ms. Denise Fredericks  
Mr. Joseph S. Guercio, III  
Mr. Robert P. Colwell  
Mr. Danny Miller  
Ms. Shallanda Clay  
Mr. E. A. Apffel III  
Mr. David J. Smith, Clerk, 11th Circuit

# United States Court Of Appeals
# For The Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 16, 2022
Lyle W. Cayce
Clerk

**ORDER**

On October 12, 2021, the Supreme Court of Texas issued an order entitled "In The Matter of Omar Weaver Rosales" accepting Mr. Rosales's motion to resign from the practice of law in Texas in lieu of disciplinary action. At the direction of the Chief Judge, IT IS ORDERED that Omar Weaver Rosales's name shall be removed from the roll of attorneys admitted to practice in this court effective 35 days from the date of this order unless, prior to that date, Mr. Rosales submits a response showing cause why his right to practice before this court should not be terminated.

See FRAP 46(b).

LYLE W. CAYCE, Clerk

United States Court of Appeals for the Fifth Circuit

By: /s/ Melissa Shanklin

Melissa Shanklin, Deputy Clerk

FOR THE COURT - BY DIRECTION
Address:
Clerk of Court,
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

A True Copy
Certified Mar 16, 2022

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit